IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FEDNER GERVE,**

    **Petitioner,**

**vs.**                                                                         **Case No. 4:11cv483-WS/WCS**

**ERIC H. HOLDER JR., et al.,**

    **Respondents.**

    _____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, initiated this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on September 22, 2011.  Doc. 1.  Service was directed, doc. 4, and Respondents have now filed a motion to dismiss the petition.  Doc. 10.  Respondents state that Petitioner "was removed from the United States to Haiti on November 8, 2011."  *Id.*  Thus, since Petitioner has been released from detention, the basis for this habeas petition, Respondents urge dismissal of this case as moot.

Attached to the motion to dismiss is a copy of the warrant of removal, doc. 10-1, and a copy of the departure, witnessed by an official with I.N.S.. On November 8, 2011.

Doc. 10-1, p. 3.  Because Petitioner has been removed, there is no judicial remedy left and this case should be dismissed as moot.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 10, be **GRANTED** and the petition for writ of habeas corpus, doc. 1, be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on November 28, 2011.

 S/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**