IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERVE FEDNER,

    Petitioner,

v.                                  4:11cv483-WS

ERIC H. HOLDER, JR., et al.,

    Respondents.

## ORDER DISMISSING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed November 28, 2011. See Doc. 11. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as moot. The petitioner has filed no objections to the report and recommendation.

Having carefully considered the report and recommendation, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The defendants' motion to dismiss (doc. 10) is GRANTED.

3. The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. §

2241 (doc. 1) is hereby DISMISSED without prejudice.

    4.  The clerk is directed to enter judgment stating: "All claims are DISMISSED without prejudice."

    DONE AND ORDERED this   20th   day of   December  , 2011.


                            s/ William Stafford
                            WILLIAM STAFFORD
                            SENIOR UNITED STATES DISTRICT JUDGE